David C. Veis, Bar No. 83135
Julia V. Lee, Bar No. 252417
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310-552-0130
Facsimile:   310-229-5800

Attorneys for Defendants and Counterclaimant
DON GREAT AND DON GREAT MUSIC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY-LOO MUSIC, INC., a California corporation, | Case No.  SACV 03-943-JVS (SHx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | **(Fed. R. Civ. P. 54(b))** |
| DON GREAT, an individual; DON GREAT MUSIC, a business entity, and DOES 1 through 25, inclusive, | Action Filed:      June 5, 2003<br>Trial Date:     February 29, 2010 |
| Defendants | Pre-Trial Conference: January 25, 2010 |
| DON GREAT, an Oregon citizen, doing business as DON GREAT MUSIC, TINSELTOWN MUSIC, INC., | Assigned for all purposes to Hon. James V. Selna |
| Cross-Claimant, | |
| v. | |
| MAY-LOO MUSIC, INC., a California corporation and IRMA LOOSE, an individual, | |
| Cross-Defendants. | |

/ / /

/ / /

/ / /

# FINAL JUDGMENT
## (Fed. R. Civ. P. 54(b))

On October 19, 2009 and October 23, 2009, this Court entered orders granting summary judgment in favor of Defendants Don Great and Don Great Music and dismissing with prejudice Plaintiff Irma Loose's First Claim in the First Amended Complaint for Breach of Fiduciary Duty and Fifth Claim for Fraud, as these claims are alleged by Loose in her individual capacity against Defendants Don Great and Don Great Music. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this order expressly stated that there was no just reason for delay in entering final judgment and directed the Clerk of the Court to enter final judgment accordingly.

Therefore,

IT IS ORDERED AND ADJUDGED that:

1. Defendants Don Great and Don Great Music have judgment in this matter against Plaintiff, Irma Loose, in her individual capacity;

2. Plaintiff, Irma Loose, in her individual capacity, take nothing from Defendants Don Great and Don Great Music;

3. Defendants Don Great and Don Great Music recover their costs of suit as against Plaintiff, Irma Loose, in her individual capacity.

Dated: October 29, 2009    By: _____
                               The Honorable James V. Selna
                               Judge of the United States District Court
                               Central District of California

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3700, Los Angeles, California 90067-3283.

On October 29, 2009, I served the foregoing document described as

**[PROPOSED] FINAL JUDGMENT**

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Mrs. Irma Loose, individually and on behalf of May-Loo Music, Inc.
935 North Evergreen Street
Burbank, CA 91505-2714
PRO SE

[XX] BY MAIL -I deposited such envelope in the mail at Los Angeles California. The envelope was mailed with postage thereon fully prepaid.

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I caused said documents to be personally delivered to the addresses listed below.

[X] (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2009, at Los Angeles, California.

/s/
Lina Yi

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.

60318763.1 - 3 - [PROPOSED] FINAL JUDGMENT